COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES *v.* SULLIVAN
ASSOCIATES

COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES *v.* SULLIVAN
ASSOCIATES
(SC 16042)

The motion by the defendant Sullivan Asociates for reargument or reargument en banc of this court's decision in *Commission on Human Rights & Opportunities* v. *Sullivan Associates*, 250 Conn. 763, 739 A.2d 238 (1999), is denied.

MCDONALD, C. J., dissenting. I dissent from the vote denying reargument in this case for the reasons stated in my dissent published in *Commission on Human Rights & Opportunities* v. *Sullivan Associates*, 250 Conn. 763, 739 A.2d 238 (1999). I wish to note that the vote on this motion making a vast change in the law of property and landlord and tenant was five to four.

*James H. Lee*, in support of the motion.

*Raymond P. Pech* and *David S. Stowe*, in opposition.